UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROPERTY OF THE PEOPLE, INC., and )
RYAN NOAH SHAPIRO, )
c/o Law Office of Jeffrey L. Light ) Judge _____
1712 Eye St., NW, Suite 915 ) Civil Action No. _____
Washington, DC 20006, )
 )
   PLAINTIFFS )
 )
 vs. )
 )
DEPARTMENT OF HOMELAND )
SECURITY )
245 Murray Lane, S.W., )
Washington, DC 20528, )
 )
UNITED STATES ARMY )
1500 Defense Pentagon, )
Washington, DC 20310, )
 )
and )
 )
OFFICE OF THE DIRECTOR OF )
NATIONAL INTELLIGENCE )
Washington, DC 20511, )
 )
   DEFENDANTS )

# **COMPLAINT**

## THE PARTIES

1. Property of the People, Inc. is a 501(c)(3) charitable organization dedicated to governmental transparency in the service of democracy. Property of the People's Operation 45 is

dedicated to ensuring transparency and accountability for the Administration of Donald J. Trump, the 45th President of the United States.

2.      Plaintiff Ryan Noah Shapiro is a founder of Property of the People and a Ph.D. candidate in the Department of Science, Technology, and Society (HASTS) at the Massachusetts Institute of Technology, as well as a former Research Affiliate at the Berkman Klein Center for Internet & Society at Harvard University. Plaintiff Ryan Noah Shapiro is a historian of national security, the policing of dissent, and governmental transparency.

3.      Defendants Department of Homeland Security (DHS), United States Army (Army), and the Office of the Director of National Intelligence (ODNI) are agencies of the United States.

4.      The National Protection and Programs Directorate (NPPD) is a component of Defendant DHS.

5.      DHS NPPD, Army, and ODNI and have possession, custody and control of the records Plaintiffs seeks.

## JURISDICTION AND VENUE

6.      This action arises under the Freedom of Information Act ("FOIA"), 5 USC § 552.

7.      This Court has jurisdiction over the parties and subject matter pursuant to 5 USC § 552(a)(4)(B).

8.      Venue is proper in this district pursuant to 5 USC § 552(a)(4)(B).

## STATEMENT OF FACTS

### Background

9.  On August 3, 2017, the FBI Counterterrorism Division produced an intelligence assessment entitled Black Identity Extremists Likely Motivated to Target Law Enforcement

Officers. In the twelve-page report, the FBI assesses violent criminal activity of African-Americans, perceptions of police brutality, and violence against law enforcement.

10. Black Lives Matter is an activist movement that campaigns against violence and systemic racism toward black people. Black Lives Matter became nationally recognized after the protests in Ferguson, Missouri, of the shooting of Mike Brown by law enforcement.

11. The intelligence assessment has been deemed controversial by civil rights groups. Additionally, many government officials and legal experts claim that the term "black identity extremist" has no basis.

12. From Martin Luther King Jr. to Nelson Mandela and the anti-apartheid movement, the FBI and other U.S. intelligence agencies have a long, dark history of targeting movements for racial justice as threats to national security. The FBI's new "Black Identity Extremism" designation casts ongoing efforts to end police violence against communities of color in this same light. In the interest of democracy and transparency, the public requires access to agency records on this troubling development.

Plaintiffs' FOIA Requests

**Department of Homeland Security**

13. On October 23, 2017, Plaintiffs submitted to DHS National Protection and Programs Directorate (DHS NPPD) via fax a FOIA request for intelligence and threat assessments, specified analysis reports, specified correspondence, training materials, and other specified material referring to "Black Identity Extremism," "Black Identity Extremist(s)," and "Black Lives Matter." Plaintiffs sought expedited processing of their request.

14. In a November 3, 2017 email, DHS NPPD acknowledged receipt of the October 23, 2017 FOIA request and assigned it tracking number 2018-NPFO-00079.

15. DHS NPPD, in their November 3, 2017 email, failed to grant or deny Plaintiffs' request for expedited processing.

16. More than 10 calendar days have elapsed since Plaintiffs submitted the FOIA request to DHS NPPD, but as of the filing of this Complaint, Plaintiffs have not received a response from DHS NPPD with a final determination as to whether DHS NPPD will grant expedited processing.

**United States Army**

17. On October 23, 2017, Plaintiffs submitted to the Army via email a FOIA request for intelligence and threat assessments and training material referring to "Black Identity Extremism," "Black Identity Extremist(s)," and "Black Lives Matter." Plaintiffs sought expedited processing of their request.

18. On October 26, 2017, the Army acknowledged via email receipt of the October 23, 2017 FOIA request but suggested Plaintiffs narrow the scope of their request, deeming Plaintiffs' request too broad.

19. Later on October 26, 2017, Plaintiffs narrowed the scope of their request and re-submitted the request to the Army via email.

20. In a November 6, 2017 letter, the Army acknowledged receipt of the October 26, 2017 FOIA request and assigned it tracking number 0078F-18.

21. Army, in their November 6, 2017 letter, failed to grant or deny Plaintiffs' request for expedited processing.

22. More than 10 calendar days have elapsed since Plaintiffs submitted the FOIA request to Army, but as of the filing of this Complaint, Plaintiffs have not received a response from Army with a final determination as to whether Army will grant expedited processing.

**Office of the Director of National Intelligence**

23. On October 23, 2017, Plaintiffs submitted to ODNI via email a FOIA request for records referring to "Black Identity Extremism," "Black Identity Extremist(s)," and "Black Lives Matter." Plaintiffs sought expedited processing of their request.

24. Plaintiffs have not received an acknowledgment or tracking number from ODNI.

25. More than 10 calendar days have elapsed since Plaintiffs submitted the FOIA request to ODNI, but as of the filing of this Complaint, Plaintiffs have not received a response from ODNI with a final determination as to whether ODNI will grant expedited processing.

26. More than 20 business days have elapsed since Plaintiffs submitted their request to ODNI, but as of the filing of this Complaint, Plaintiffs have not received a final determination as to whether ODNI will release the requested records, whether ODNI will grant Plaintiffs' request for a fee waiver, or Plaintiffs' request to be classified as representatives of the media and/or educational requesters for fee purposes.

COUNT I:
VIOLATION OF FOIA

27. This Count realleges and incorporates by reference all of the preceding paragraphs. All documents referenced in this Complaint are incorporated by reference as if set forth fully herein.

28. DHS NPPD, ODNI, and Army have failed to grant, or even rule upon, Plaintiffs' request for expedited processing.

29. ODNI has improperly withheld responsive records.

30. ODNI has failed to grant or even rule on Plaintiffs' request for status as representatives of the media and/or educational requesters.

31. ODNI has failed to grant or even rule on Plaintiffs' request for a fee waiver.

PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court:

(1) Declare Defendants' failure to comply with FOIA to be unlawful;

(2) Order Defendants to grant Plaintiffs' request for expedited processing;

(3) Order ODNI to immediately process and release all non-exempt records;

(4) Order ODNI to grant Plaintiffs a full waiver of fees and status as representatives of the media and/or educational requesters;

(5) Grant Plaintiffs an award of attorney fees and other litigation costs reasonably incurred in this action pursuant to 5 USC § 552(a)(4)(E)(i); and

(6) Grant Plaintiffs such other and further relief which the Court deems proper.

Respectfully Submitted,

\_\_/s/ Jeffrey Light_____
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiffs*