# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROPERTY OF THE PEOPLE and RYAN NOAH SHAPIRO,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, DEPARTMENT OF HOMELAND SECURITY, and OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>Defendants. | Civil Action No. 17-2503 (TFH) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Melanie D. Hendry as counsel on behalf of Defendants.

Dated: March 7, 2018

    Respectfully submitted,

    JESSIE K. LIU, D.C. Bar # 472845
    United States Attorney for the District of Columbia

    DANIEL F. VAN HORN, D.C. Bar # 924092
    Chief, Civil Division

By: /s/ *Melanie D. Hendry*
    Melanie D. Hendry
    Assistant United States Attorney
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    (202) 252-2510
    melanie.hendry2@usdoj.gov