# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROPERTY OF THE PEOPLE and RYAN NOAH SHAPIRO,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE, DEPARTMENT OF HOMELAND SECURITY, and OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>    Defendants. | Civil Action No. 17-2503 (TFH) |

## DEFENDANT DEPARTMENT OF HOMELAND SECURITY'S ANSWER TO PLAINTIFFS' COMPLAINT

Defendant Department of Homeland Security ("DHS"), by and through undersigned counsel, respectfully submits the following answer to Plaintiffs' Complaint ("Complaint") filed on February 1, 2018. All allegations in the Complaint, including relief sought, are denied except when specifically admitted. DHS admits, denies, or otherwise avers as follows:

### FIRST DEFENSE

The Complaint should be dismissed in whole or in part for failure to state a claim upon which relief can be granted.

### SECOND DEFENSE

Some of the information requested in Plaintiffs' Freedom of Information Act ("FOIA") request is exempt in whole or in part under the FOIA.

## THIRD DEFENSE

The Court lacks subject matter jurisdiction over any requested relief that exceeds the relief authorized by the FOIA, 5 U.S.C. § 552.

## FOURTH DEFENSE

DHS is diligently processing the FOIA request that is the subject of this action.

## SPECIFIC RESPONSES

Answering specifically each paragraph of the Complaint, using the same headings and numbering used in the Complaint, DHS answers as follows. DHS denies any allegations contained in such headings. To the extent an allegation is not specifically admitted, it is denied.

## THE PARTIES

1. DHS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

2. DHS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

3. DHS admits that DHS is an agency within the meaning of the FOIA statute and is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in this paragraph.

4. DHS admits the allegations in this paragraph.

5. DHS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

6. DHS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and avers that its search for responsive documents is ongoing.

## JURISDICTION AND VENUE

7. This paragraph contains Plaintiffs' characterization of this action, not allegations of fact, and thus no response is required.

8. This paragraph contains Plaintiffs' conclusions of law concerning jurisdiction, not allegations of fact, and thus no response is required. However, DHS admits that this Court possesses jurisdiction.

9. This paragraph contains Plaintiffs' conclusions of law concerning venue, not allegations of fact, and thus no response is required. However, DHS admits that venue lies in this district.

## STATEMENT OF FACTS

### Background

10. DHS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

11. This paragraph contains Plaintiffs' characterization of Black Lives Matter, not allegations of fact, and thus no response is required.

12. This paragraph contains Plaintiffs' characterizations of opinions, not allegations of fact, and thus no response is required.

13. This paragraph contains Plaintiffs' characterizations of events and opinions, not allegations of fact, and thus no response is required.

**Plaintiffs' FOIA Requests**

**Federal Bureau of Investigation**

Request #s 1388841-000, 1388830-000, and 1388833-000

      14-22.    DHS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in these paragraphs.

Request # 1389276-000

      23-25.    DHS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in these paragraphs.

Request #s 1390589-000 and 1388833-001

      26-31.    DHS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in these paragraphs.

Request #s 1391177-000, 1391174-000, 1391157-000, 1391182-000, 1391187-000, and 1391180-000

      32-40.    DHS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in these paragraphs.

**Department of Homeland Security**

*Office of Intelligence and Analysis*

      41.    DHS admits the allegations in this paragraph.

      42.    DHS admits the allegations in this paragraph.

      43.    DHS admits that the Office of Intelligence and Analysis emailed Plaintiffs a response letter on or about December 26, 2017, and respectfully refers the Court to that letter for a true and accurate statement of its contents.

44. In response to this paragraph, DHS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegation that Plaintiffs mailed an administrate appeal letter to DHS on December 28, 2017, and avers that DHS has not received any such appeal.

45. In response to this paragraph, DHS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning the date that Plaintiffs purportedly mailed an administrate appeal letter to DHS and avers that DHS has not received any such appeal. Therefore, DHS admits that Plaintiffs have not received a final determination on any such appeal.

*DHS Headquarters*

46. In response to this paragraph, DHS admits Plaintiffs submitted a FOIA request to DHS on or about December 3, 2017, and respectfully refers the Court to the FOIA request for a full and accurate statement of its contents.

47. DHS admits the allegations in this paragraph.

48. DHS admits the allegations in this paragraph.

**Office of the Director of National Intelligence**

49-52. DHS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in these paragraphs.

**COUNT I:**
**VIOLATION OF FOIA**

53. DHS repeats and re-alleges each of the responses contained in the foregoing paragraphs 1 through 52 as if fully set forth herein.

54. DHS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

55. DHS denies it has improperly withheld responsive records and is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in this paragraph.

## PRAYER FOR RELIEF

The remainder of the Complaint consists of Plaintiffs' prayer for relief, to which no response is required. To the extent that a response is deemed necessary, DHS denies that Plaintiffs are entitled to any of the relief requested in this section, or to any relief whatsoever.

WHEREFORE, DHS having fully answered, requests that the complaint be dismissed with prejudice, that costs be assessed against Plaintiffs, and that DHS be awarded any other relief deemed just and proper.

Dated: March 7, 2018

                              Respectfully submitted,

                              JESSIE K. LIU, D.C. Bar # 472845
                              United States Attorney

                              DANIEL F. VAN HORN, D.C. Bar # 924092
                              Chief, Civil Division

By: */s/ Melanie D. Hendry*
      Melanie D. Hendry
      Assistant United States Attorney
      555 Fourth Street, N.W.
      Washington, D.C. 20530
      (202) 252-2510
      melanie.hendry2@usdoj.gov