# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROPERTY OF THE PEOPLE and RYAN NOAH SHAPIRO, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, DEPARTMENT OF HOMELAND SECURITY, and OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, <br><br> Defendants. | Civil Action No. 17-2503 (TFH) |

## DEFENDANT DEPARTMENT OF JUSTICE'S ANSWER TO PLAINTIFFS' COMPLAINT

Defendant Department of Justice ("Defendant"), by and through undersigned counsel, respectfully submits the following answer to Plaintiffs' Complaint ("Complaint") filed on February 1, 2018. All allegations in the Complaint, including relief sought, are denied except when specifically admitted. Defendant admits, denies, or otherwise avers as follows:

### FIRST DEFENSE

The Complaint should be dismissed in whole or in part for failure to state a claim upon which relief can be granted.

### SECOND DEFENSE

Some of the information requested in Plaintiffs' Freedom of Information Act ("FOIA") requests is exempt in whole or in part under the FOIA.

**THIRD DEFENSE**

The Court lacks subject matter jurisdiction over any requested relief that exceeds the relief authorized by the FOIA, 5 U.S.C. § 552.

**FOURTH DEFENSE**

The Defendant is diligently processing the FOIA request that is the subject of this action.

**SPECIFIC RESPONSES**

Answering specifically each paragraph of the Complaint, using the same headings and numbering used in the Complaint, Defendant answers as follows. Defendant denies any allegations contained in such headings. To the extent an allegation is not specifically admitted, it is denied.

**THE PARTIES**

1. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

2. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

3. Defendant admits that it is an agency within the meaning of the FOIA statute and is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in this paragraph.

4. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

5. Defendant admits the allegations in this paragraph.

6.      Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and avers that its search for responsive documents is ongoing.

## JURISDICTION AND VENUE

7.      This paragraph contains Plaintiffs' characterization of this action, not allegations of fact, and thus no response is required.

8.      This paragraph contains Plaintiffs' conclusions of law concerning jurisdiction, not allegations of fact, and thus no response is required. However, Defendant admits that this Court possesses jurisdiction.

9.      This paragraph contains Plaintiffs' conclusions of law concerning venue, not allegations of fact, and thus no response is required. However, Defendant admits that venue lies in this district.

## STATEMENT OF FACTS

### Background

10.     Defendant admits the allegations contained in the first sentence of this paragraph. The second sentence contains Plaintiffs' characterization of the contents of the assessment, not allegations of fact, and thus no response is required.

11.     This paragraph contains Plaintiffs' characterization of Black Lives Matter, not allegations of fact, and thus no response is required.

12.     This paragraph contains Plaintiffs' characterizations of opinions, not allegations of fact, and thus no response is required.

13.     This paragraph contains Plaintiffs' characterizations of events and opinions, not allegations of fact, and thus no response is required.

## Plaintiffs' FOIA Requests

**Federal Bureau of Investigation**

Request #s 1388841-000, 1388830-000, and 1388833-000

14. In response to this paragraph, Defendant admits Plaintiffs submitted a FOIA request to the FBI on or about November 8, 2017, and respectfully refers the Court to the FOIA request for a true and accurate statement of its contents.

15. Defendant admits the allegations in this paragraph.

16. In response to this paragraph, Defendant admits Plaintiffs submitted an administrative appeal on or about November 16, 2017, and respectfully refers the Court to the appeal for a true and accurate statement of its contents.

17. In response to this paragraph, Defendant admits that the FBI sent Plaintiffs a letter dated November 17, 2017, and respectfully refers the Court to that letter for a true and accurate statement of its contents.

18. In response to this paragraph, Defendant admits that the FBI sent Plaintiffs a letter dated November 21, 2017, and respectfully refers the Court to that letter for a true and accurate statement of its contents.

19. In response to this paragraph, Defendant admits Plaintiffs submitted an administrative appeal on or about November 22, 2017, and respectfully refers the Court to the appeal for a true and accurate statement of its contents.

20. In response to this paragraph, Defendant admits Plaintiffs submitted an administrative appeal on or about November 28, 2017, and respectfully refers the Court to the appeal for a true and accurate statement of its contents.

21. Defendant admits the allegations in this paragraph.

22.     Defendant denies the allegations in this paragraph and avers that OIP emailed Plaintiffs a letter dated December 21, 2017, that provided final determinations regarding Plaintiffs' administrative appeal. According to paragraph 30 of the complaint Plaintiffs received this letter.

Request # 1389276-000

23.     In response to this paragraph, Defendant admits Plaintiffs submitted a FOIA request to the FBI on or about November 15, 2017, and respectfully refers the Court to the FOIA request for a true and accurate statement of its contents.

24.     Defendant admits the allegations in this paragraph.

25.     Defendant admits the allegations in this paragraph.

Request #s 1390589-000 and 1388833-001

26.     In response to this paragraph, Defendant admits Plaintiffs submitted a FOIA request to the FBI on or about November 28, 2017, and respectfully refers the Court to the FOIA request for a true and accurate statement of its contents.

27.     In response to this paragraph, Defendant admits that the FBI sent Plaintiffs a letter dated December 6, 2017, and respectfully refers the Court to that letter for a true and accurate statement of its contents.

28.     In response to this paragraph, Defendant admits Plaintiffs submitted an administrative appeal on or about December 8, 2017, and respectfully refers the Court to the appeal for a true and accurate statement of its contents.

29.     Defendant admits the allegations in this paragraph.

30.     In response to this paragraph, Defendant admits that OIP sent Plaintiffs a letter dated December 21, 2017, and respectfully refers the Court to that letter for a true and accurate statement of its contents.

31. Defendant admits the allegations in this paragraph. Request #s 1391177-000, 1391174-000, 1391157-000, 1391182-000, 1391187-000, and 1391180-000

32. In response to this paragraph, Defendant admits Plaintiffs submitted a FOIA request to the FBI on or about December 8, 2017, and respectfully refers the Court to the FOIA request for a true and accurate statement of its contents.

33. Defendant admits the allegations in this paragraph.

34. In response to this paragraph, Defendant admits that the FBI sent Plaintiffs two letters dated December 12, 2017, providing "no records" responses, and respectfully refers the Court to the letters for a true and accurate statement of their contents.

35. In response to this paragraph, Defendant admits that the FBI sent Plaintiffs a letter dated December 13, 2017, and respectfully refers the Court to that letter for a true and accurate statement of its contents.

36. In response to this paragraph, Defendant admits the FBI received a fax from Plaintiffs on or about December 18, 2017, and respectfully refers the Court to the fax for a true and accurate statement of its contents.

37. In response to this paragraph, Defendant admits Plaintiffs submitted an administrative appeal on or about December 18, 2017, and respectfully refers the Court to the appeal for a true and accurate statement of its contents.

38. Defendant admits the allegations in this paragraph.

39. Defendant admits the allegations in this paragraph.

40. Defendant admits the allegations in this paragraph.

**Department of Homeland Security**

*Office of Intelligence and Analysis*

41-45.   Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in these paragraphs.

*DHS Headquarters*

46-48.   Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in these paragraphs.

**Office of the Director of National Intelligence**

49-52.   Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in these paragraphs.

<u>**COUNT I:**</u><br><u>**VIOLATION OF FOIA**</u>

53.   Defendant repeats and re-alleges each of the responses contained in the foregoing paragraphs 1 through 52 as if fully set forth herein.

54.   Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph

55.   Defendant denies it has improperly withheld responsive records and is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in this paragraph.

<u>**PRAYER FOR RELIEF**</u>

The remainder of the Complaint consists of Plaintiffs' prayer for relief, to which no response is required.  To the extent that a response is deemed necessary, Defendant denies that Plaintiffs are entitled to any of the relief requested in this section, or to any relief whatsoever.

WHEREFORE, Defendant having fully answered, requests that the complaint be dismissed with prejudice, that costs be assessed against Plaintiffs, and that Defendant be awarded any other relief deemed just and proper.

Dated: March 7, 2018

                                Respectfully submitted,

                                JESSIE K. LIU, D.C. Bar # 472845
                                United States Attorney

                                DANIEL F. VAN HORN, D.C. Bar # 924092
                                Chief, Civil Division

By: */s/ Melanie D. Hendry*
     Melanie D. Hendry
     Assistant United States Attorney
     555 Fourth Street, N.W.
     Washington, D.C. 20530
     (202) 252-2510
     melanie.hendry2@usdoj.gov