**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PROPERTY OF THE PEOPLE and RYAN NOAH SHAPIRO, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, DEPARTMENT OF HOMELAND SECURITY, and OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 17-2503 (TFH) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANT OFFICE OF THE DIRECTOR OF NATIONAL
INTELLIGENCE'S ANSWER TO PLAINTIFFS' COMPLAINT**

Defendant Office of the Director of National Intelligence ("ODNI"), by and through undersigned counsel, respectfully submits the following answer to Plaintiffs' Complaint ("Complaint") filed on February 1, 2018. All allegations in the Complaint, including relief sought, are denied except when specifically admitted. ODNI admits, denies, or otherwise avers as follows:

**FIRST DEFENSE**

The Complaint should be dismissed in whole or in part for failure to state a claim upon which relief can be granted.

**SECOND DEFENSE**

Some or all of the information requested in Plaintiffs' Freedom of Information Act ("FOIA") request is exempt in whole or in part under the FOIA.

## THIRD DEFENSE

The Court lacks subject matter jurisdiction over any requested relief that exceeds the relief authorized by the FOIA, 5 U.S.C. § 552.

## FOURTH DEFENSE

ODNI is diligently processing the FOIA request that is the subject of this action.

## SPECIFIC RESPONSES

Answering specifically each paragraph of the Complaint, using the same headings and numbering used in the Complaint, ODNI answers as follows. ODNI denies any allegations contained in such headings. To the extent an allegation is not specifically admitted, it is denied.

## THE PARTIES

1. ODNI is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

2. ODNI is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

3. ODNI admits that ODNI is an agency within the meaning of the FOIA statute and is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in this paragraph.

4. ODNI is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

5. ODNI is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

6. ODNI is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and avers that its search for responsive documents is ongoing.

## JURISDICTION AND VENUE

7. This paragraph contains Plaintiffs' characterization of this action, not allegations of fact, and thus no response is required.

8. This paragraph contains Plaintiffs' conclusions of law concerning jurisdiction, not allegations of fact, and thus no response is required.  However, ODNI admits that this Court possesses jurisdiction.

9. This paragraph contains Plaintiffs' conclusions of law concerning venue, not allegations of fact, and thus no response is required.  However, ODNI admits that venue lies in this district.

## STATEMENT OF FACTS

### Background

10. ODNI is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

11. This paragraph contains Plaintiffs' characterization of Black Lives Matter, not allegations of fact, and thus no response is required.

12. This paragraph contains Plaintiffs' characterizations of opinions, not allegations of fact, and thus no response is required.

13. This paragraph contains Plaintiffs' characterizations of events and opinions, not allegations of fact, and thus no response is required.

## Plaintiffs' FOIA Requests

**Federal Bureau of Investigation**

Request #s 1388841-000, 1388830-000, and 1388833-000

 14-22. ODNI is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in these paragraphs.

Request # 1389276-000

 23-25. ODNI is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in these paragraphs.

Request #s 1390589-000 and 1388833-001

 26-31. ODNI is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in these paragraphs.

Request #s 1391177-000, 1391174-000, 1391157-000, 1391182-000, 1391187-000, and 1391180-000

 32-40. ODNI is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in these paragraphs.

**Department of Homeland Security**

*Office of Intelligence and Analysis*

 41-45. ODNI is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in these paragraphs.

*DHS Headquarters*

 46-48. ODNI is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in these paragraphs.

**Office of the Director of National Intelligence**

49. In response to this paragraph, ODNI admits Plaintiffs submitted a FOIA request to ODNI on or about October 23, 2017, and respectfully refers the Court to the FOIA request for a full and accurate statement of its contents.

50. ODNI admits the allegations in this paragraph.

51. ODNI admits the allegations in this paragraph and avers that although inadvertently excluded from its November 14, 2017 letter to Plaintiffs, ODNI has denied Plaintiffs' request for expedited processing.

52. ODNI admits the allegations in this paragraph and avers that it is still processing Plaintiffs' FOIA request.

## COUNT I:
## VIOLATION OF FOIA

53. ODNI repeats and re-alleges each of the responses contained in the foregoing paragraphs 1 through 52 as if fully set forth herein.

54. In response to this paragraph, ODNI admits only that it has not granted Plaintiffs' request for expedited relief and avers that although inadvertently excluded from its November 14, 2017 letter to Plaintiffs, ODNI has denied Plaintiffs' request for expedited processing.

55. ODNI denies it has improperly withheld responsive records and is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in this paragraph.

## PRAYER FOR RELIEF

The remainder of the Complaint consists of Plaintiffs' prayer for relief, to which no response is required. To the extent that a response is deemed necessary, ODNI denies that Plaintiffs are entitled to any of the relief requested in this section, or to any relief whatsoever.

WHEREFORE, ODNI having fully answered, requests that the complaint be dismissed with prejudice, that costs be assessed against Plaintiffs, and that ODNI be awarded any other relief deemed just and proper.

Dated: March 7, 2018

        Respectfully submitted,

        JESSIE K. LIU, D.C. Bar # 472845
        United States Attorney

        DANIEL F. VAN HORN, D.C. Bar # 924092
        Chief, Civil Division

By: */s/ Melanie D. Hendry*
        Melanie D. Hendry
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2510
        melanie.hendry2@usdoj.gov