# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROPERTY OF THE PEOPLE and RYAN NOAH SHAPIRO,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, DEPARTMENT OF HOMELAND SECURITY, and OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>Defendants. | Civil Action No. 17-2503 (TFH) |

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME

Defendants Department of Justice, Department of Homeland Security, and Office of the Director of National Intelligence (collectively, the "Defendants"), pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully request a one-week extension of time, up to and including April 26, 2018, to submit a joint status report and proposed schedule in this Freedom of Information Act ("FOIA") case. Good cause exists to grant this motion.

1. Plaintiffs filed their Amended Complaint in this action on February 1, 2018. *See* Dkt. No. 4.

2. Defendants filed their answers on March 7, 2018. *See* Dkt. Nos. 8-10.

3. By order dated March 20, 2018, the Court directed the parties to file a joint status report and proposed briefing schedule on or before April 19, 2018. *See* March 20, 2018 Minute Order.

4.      Defendants are still processing Plaintiffs' FOIA requests and, therefore, intend to update the Court concerning the status of processing and to propose a schedule for the completion of the processing and release of non-exempt records to Plaintiffs.  However, Defendants need a brief extension in order to obtain the information necessary to finalize their proposed schedule.

5.      Defendants, accordingly, now request a one-week extension of time, up to and including April 26, 2018, of the deadline to file a joint status report and proposed schedule.

6.      Defendants request this extension in good faith and not for the purpose of delay. This is Defendants' first request for an extension of time in this action and the requested relief will not affect any other deadlines currently imposed by the Court.

7.      Undersigned counsel conferred with counsel for Plaintiffs concerning this request and Plaintiffs have consented to the extension.

8.      Defendants, accordingly, respectfully request that the Court grant their Motion for an Extension of Time and enter the attached Order.

Dated: April 19, 2018

                                      Respectfully submitted,

                                      JESSIE K. LIU, D.C. Bar # 472845
                                      United States Attorney

                                      DANIEL F. VAN HORN, D.C. Bar # 924092
                                      Chief, Civil Division

By: */s/ Melanie D. Hendry*
      Melanie D. Hendry
      Assistant United States Attorney
      555 Fourth Street, N.W.
      Washington, D.C. 20530
      (202) 252-2510
      melanie.hendry2@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PROPERTY OF THE PEOPLE and RYAN NOAH SHAPIRO, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, DEPARTMENT OF HOMELAND SECURITY, and OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, <br><br> Defendants. | ) ) ) ) ) ) Civil Action No. 17-2503 (TFH) ) ) ) ) ) ) ) ) ) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Consent Motion for an Extension of Time, and for good cause shown, it is hereby:

ORDERED that Defendants' motion is GRANTED;

ORDERED that the parties' joint status report and proposed schedule shall be due on or before April 26, 2018.

SIGNED:

_____                           _____
Date                                                    United States District Judge