UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PROPERTY OF THE PEOPLE and RYAN NOAH SHAPIRO, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, DEPARTMENT OF HOMELAND SECURITY, and OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, <br><br> Defendants. | Civil Action No. 17-2503 (TFH) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 19, 2018 Order, Plaintiffs Property of the People and Ryan Noah Shapiro (collectively, the "Plaintiffs") and Defendants Department of Justice, Department of Homeland Security ("DHS"), and Office of the Director of National Intelligence ("ODNI") (collectively, the "Defendants"), by and through undersigned counsel, respectfully submit this joint status report to update the Court concerning the status of the processing of Plaintiffs' Freedom of Information Act ("FOIA") requests that are the subject of this action.

1. Between October 2017 and December 2017, Plaintiffs submitted FOIA requests to the Federal Bureau of Investigation ("FBI"), ODNI, DHS's Headquarters ("DHS-HQ"), and DHS's Office of Intelligence and Analysis ("DHS-I&A") seeking, among other things, documents concerning "Black Identity Extremism," "Black Identity Extremist(s)," and "Black Lives Matter." *See* Amended Complaint, Dkt, No. 4.

2. Due to the broad nature of Plaintiffs' FOIA requests, they are still being processed by Defendants. The parties are conferring as to potential ways to narrow the scope of the requests and, consequently, the number of potentially responsive pages. Defendants believe that such narrowing would result in a significantly shorter timeframe for the processing and release of the responsive, non-exempt records. In the event no agreement is reached to narrow the scope of the requests, Defendants propose the following schedules and Plaintiffs' positions concerning those proposals are set forth below:

**FBI**

FBI's search is ongoing and, consequently, FBI is not currently able to provide a precise estimate of the number of potentially responsive pages. However, FBI currently estimates a minimum of 4,000 potentially responsive pages and anticipates that it will be able to provide a more precise estimate on or before July 31, 2018. FBI proposes that it process approximately 500 pages per month, with the first release of responsive nonexempt documents, or notification of applicable withholdings, to be made on or before August 31, 2018.

Plaintiffs believe that this case involves a matter of urgent public interest, and accordingly propose that the first release be made on June 1, 2018. Plaintiffs do not object to the FBI's proposed rate of 500 pages per month if the first release is made on June 1.

**ODNI**

ODNI has completed its search and has located approximately 4,600 potentially responsive pages. In light of ODNI's mission focus on intelligence integration, it is likely that these potentially responsive pages contain multiple agency equities which would require additional time for ODNI to consult with other Intelligence Community elements before the pages can be released. This additional level of review will increase the amount of time needed to process Plaintiffs' FOIA

request. ODNI, therefore, proposes that it make its best efforts to make interim releases every 10 weeks, with the first release to be made on or before July 18, 2018. However, the timing of such releases may be impacted by circumstances beyond ODNI's control, including delays related to the necessary consultations with other Intelligence Community elements. ODNI currently anticipates that it can complete the processing and release of all responsive, non-exempt records by December 31, 2018.

Plaintiffs propose that ODNI process the 4,600 potentially responsive pages at a rate of 1,000 pages per month, with the first release on June 1, 2018, and the final release on October 1, 2018.

### DHS-HQ

DHS-HQ has completed its search and proposes that it process 250 pages per month, with its first release to be made on or before June 15, 2018.

Without any information about the approximate total number of pages involved, Plaintiffs are unable to form an opinion as to whether 250 pages per month is reasonable. Plaintiffs propose that DHS-HQ estimate the approximate total number of pages involved and that the parties submit a supplement to this status report addressing the issue.

### DHS-I&A

DHS-I&A's search is ongoing and DHS-I&A currently anticipates that it will complete its search by approximately May 25, 2018, at which time it will be able to provide an approximate page count of potentially responsive records. DHS-I&A made its first release to Plaintiffs on March 8, 2018. DHS-I&A proposes that it process 250 pages per month, with the next release to be made on or before June 1, 2018.

Plaintiffs propose that DHS-I&A process 1,000 pages per month, in light of the fact that expedited processing has been granted with respect to this request.

3.  In light of the foregoing, Defendants respectfully request that the parties be permitted to file a joint status report on or before August 15, 2018, to further update the Court concerning the status of the agencies' processing and of the parties' efforts to agree upon a narrowing of the scope of the request.

4.  Plaintiffs respectfully request that Defendants provide monthly status reports on the first business day of each month.

Dated: April 26, 2018

>   Respectfully submitted,
>
>   JESSIE K. LIU, D.C. Bar # 472845
>   United States Attorney
>
>   DANIEL F. VAN HORN, D.C. Bar # 924092
>   Chief, Civil Division
>
>   By: */s/ Melanie D. Hendry*
>   Melanie D. Hendry
>   Assistant United States Attorney
>   555 Fourth Street, N.W.
>   Washington, D.C. 20530
>   (202) 252-2510
>   melanie.hendry2@usdoj.gov
>
>   *Counsel for Defendants*
>
>   */s/ Jeffrey L. Light*
>   Jeffrey L. Light
>   D.C. Bar #485360
>   1712 Eye St., NW
>   Suite 915
>   Washington, DC 20006
>   (202)277-6213
>   Jeffrey@LawOfficeOfJeffreyLight.com
>
>   *Counsel for Plaintiffs*