# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROPERTY OF THE PEOPLE and RYAN NOAH SHAPIRO, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, DEPARTMENT OF HOMELAND SECURITY, and OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, <br><br> Defendants. | Civil Action No. 17-2503 (TFH) |

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME

Defendants Department of Justice, Department of Homeland Security, and Office of the Director of National Intelligence (collectively, the "Defendants"), pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully request a one-week extension of time, up to and including July 20, 2018, to submit a joint status report in this Freedom of Information Act ("FOIA") case. Good cause exists to grant this motion.

1.  By order dated May 14, 2018, the Court directed the parties to file a joint status report on or before July 13, 2018.

2.  Defendants are processing Plaintiffs' FOIA requests and crafting their proposed schedules for the completion of the processing and release of non-exempt records to Plaintiffs. However, Defendant Department of Homeland Security needs a brief amount of additional time in order to complete its efforts to obtain the information necessary to finalize its proposed schedule.

3.      Defendants, accordingly, now request a one-week extension of time, up to and including July 20, 2018, of the deadline to file a joint status report.

4.      Defendants request this extension in good faith and not for the purpose of delay. This is Defendants' first request for an extension of this deadline and the requested relief will not affect any other deadlines currently imposed by the Court.

5.      Undersigned counsel conferred with counsel for Plaintiffs concerning this request and Plaintiffs have consented to the extension.

6.      Defendants, accordingly, respectfully request that the Court grant their Motion for an Extension of Time and enter the attached Order.

Dated: July 13, 2018

           Respectfully submitted,

           JESSIE K. LIU, D.C. Bar # 472845
           United States Attorney

           DANIEL F. VAN HORN, D.C. Bar # 924092
           Chief, Civil Division

By: */s/ Melanie D. Hendry*
     Melanie D. Hendry
     Assistant United States Attorney
     555 Fourth Street, N.W.
     Washington, D.C. 20530
     (202) 252-2510
     melanie.hendry2@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROPERTY OF THE PEOPLE and RYAN NOAH SHAPIRO,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, DEPARTMENT OF HOMELAND SECURITY, and OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>Defendants. | Civil Action No. 17-2503 (TFH) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' Consent Motion for an Extension of Time, and for good cause shown, it is hereby:

ORDERED that Defendants' motion is GRANTED;

ORDERED that the parties' joint status report shall be due on or before July 20, 2018.

SIGNED:

_____                          _____
Date                                       United States District Judge