**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PROPERTY OF THE PEOPLE and RYAN NOAH SHAPIRO,  Plaintiffs,  v.  DEPARTMENT OF JUSTICE, DEPARTMENT OF HOMELAND SECURITY, and OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,  Defendants. | Civil Action No. 17-2503 (TFH) |

## JOINT STATUS REPORT

Pursuant to the Court's May 14, 2018 Order, Plaintiffs Property of the People and Ryan Noah Shapiro (collectively, the "Plaintiffs") and Defendants Department of Justice, Department of Homeland Security ("DHS"), and Office of the Director of National Intelligence ("ODNI") (collectively, the "Defendants"), by and through undersigned counsel, respectfully submit this joint status report to update the Court concerning the status of the processing of Plaintiffs' Freedom of Information Act ("FOIA") requests that are the subject of this action.

### FBI

FBI has completed its search and currently estimates that there are approximately 30,000 potentially responsive pages. However, FBI anticipates that the final number of responsive pages will be smaller since the potentially responsive documents include an unknown number of duplicates as well as documents which FBI may discover, during processing, are not, in fact,

responsive. On June 29, 2018, FBI completed the processing of 563 pages and made its first interim release to Plaintiffs. FBI proposes that it continue to process approximately 500 pages per month, with the next release of responsive nonexempt documents, or notification of applicable withholdings, to be made on or before July 31, 2018.

### ODNI

As previously reported, ODNI has completed its search and located more than 4,500 potentially responsive pages. On July 18, 2018, ODNI made its initial release to Plaintiffs. ODNI is continuing to review and process the remaining pages located in its search, including consulting with other Intelligence Community elements, and currently anticipates that the next interim release will be made on or before August 31, 2018. ODNI still anticipates that it can complete the processing and release of all responsive, non-exempt records by December 31, 2018.

### DHS-HQ

Since the last joint status report, DHS has re-reviewed Plaintiffs' FOIA request and has determined that an additional search may locate responsive documents. That search is currently underway and is expected to be completed by July 27, 2018. Once additional responsive documents, if any, have been identified, DHS proposes that it will process those documents at a rate of 250 pages per month. Although DHS previously reported that it anticipated making an initial release on or before June 15, 2018, due to competing demands, including court ordered productions in several of the other 49 FOIA cases currently being litigated by DHS, DHS was unable to complete its June production as anticipated.

### DHS-I&A

Although DHS-I&A initially anticipated that it would complete its search by approximately May 25, 2018, its search is still ongoing. DHS-I&A currently anticipates that it will complete its

search by August 15, 2018. As previously reported, DHS-I&A made its first release to Plaintiffs on March 8, 2018, and anticipates that it will make its next release by July 31, 2018. DHS-I&A proposes that it process the remaining potentially responsive records at the rate of 250 pages per month.

In light of the foregoing, the parties respectfully request that they be permitted to file a further joint status report on or before September 14, 2018.

Dated: July 20, 2018

                          Respectfully submitted,

                          JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: */s/ Melanie D. Hendry*
Melanie D. Hendry
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2510
melanie.hendry2@usdoj.gov

*Counsel for Defendants*

*/s/ Jeffrey L. Light*
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiffs*