**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| PROPERTY OF THE PEOPLE and RYAN NOAH SHAPIRO, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | Civil Action No. 17-2503 (TFH) |
| DEPARTMENT OF JUSTICE, DEPARTMENT OF HOMELAND SECURITY, and OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, | | |
| Defendants. | | |

## JOINT STATUS REPORT

Pursuant to the Court's July 27, 2018 Order, Plaintiffs Property of the People and Ryan Noah Shapiro (collectively, the "Plaintiffs") and Defendants Department of Justice, Department of Homeland Security ("DHS"), and Office of the Director of National Intelligence ("ODNI") (collectively, the "Defendants"), by and through undersigned counsel, respectfully submit this joint status report to update the Court concerning the status of the processing of Plaintiffs' Freedom of Information Act ("FOIA") requests that are the subject of this action.

### FBI

FBI currently estimates that there are approximately 28,434 potentially responsive pages remaining to be processed. However, FBI anticipates that the final number of responsive pages will be smaller since the potentially responsive documents include an unknown number of duplicates as well as documents which FBI may discover, during processing, are not, in fact,

responsive. As reported in the last joint status report, FBI made its first interim release on June 29, 2018. Since that time, FBI has processed at least 500 pages per month. As of the date of this filing, FBI has processed approximately 1,566 pages, and has released 595 pages in full or in part. FBI proposes that it continue to process approximately 500 pages per month, with the next release of responsive nonexempt documents, or notification of applicable withholdings, to be made on or before October 1, 2018.

## ODNI

As previously reported, ODNI has completed its search and located more than 4,500 potentially responsive pages. On August 28, 2018, ODNI made its second release to Plaintiffs. ODNI is continuing to review and process the remaining pages located in its search, including consulting with other Intelligence Community elements, and currently anticipates that the next interim release will be made on or before September 28, 2018. ODNI now anticipates that it can complete the processing and release of all responsive, non-exempt records by October 31, 2018.

## DHS-HQ

In the last joint status report, DHS-HQ reported that it re-reviewed Plaintiffs' FOIA request and determined that an additional search may locate responsive documents. That search has been completed and DHS-HQ has located approximately 1,600 pages of potentially responsive documents. DHS-HQ proposes that it process the documents at a rate of 250 pages per month and anticipates that it will make an interim release on or before October 15, 2018.

## DHS-I&A

In the last joint status report, DHS-I&A proposed that it process the remaining potentially responsive records at the rate of 250 pages per month. Since the last joint status report, DHS-I&A has processed approximately 750 pages and determined that none of those pages were, in fact,

responsive to Plaintiffs' FOIA request. DHS-I&A is not currently able to estimate the total number of potentially responsive records but anticipates that it will be able to include that information in the parties' next joint status report.

In light of the foregoing, the parties respectfully request that they be permitted to file a further joint status report on or before November 14, 2018.

Dated: September 14, 2018

                                      Respectfully submitted,

                                      JESSIE K. LIU, D.C. Bar # 472845
                                      United States Attorney

                                      DANIEL F. VAN HORN, D.C. Bar # 924092
                                      Chief, Civil Division

By: */s/ Melanie D. Hendry*
      Melanie D. Hendry
      Assistant United States Attorney
      555 Fourth Street, N.W.
      Washington, D.C. 20530
      (202) 252-2510
      melanie.hendry2@usdoj.gov

*Counsel for Defendants*

*/s/ Jeffrey L. Light*
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiffs*