# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROPERTY OF THE PEOPLE and RYAN NOAH SHAPIRO,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, DEPARTMENT OF HOMELAND SECURITY, and OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>Defendants. | Civil Action No. 17-2503 (TFH) |

## JOINT STATUS REPORT

Pursuant to the Court's September 19, 2018 Order, Plaintiffs Property of the People and Ryan Noah Shapiro (collectively, the "Plaintiffs") and Defendants Department of Justice, Department of Homeland Security ("DHS"), and Office of the Director of National Intelligence ("ODNI") (collectively, the "Defendants"), by and through undersigned counsel, respectfully submit this joint status report to update the Court concerning the status of the processing of Plaintiffs' Freedom of Information Act ("FOIA") requests that are the subject of this action.

## FBI

FBI currently estimates that there are approximately 27,413 potentially responsive pages remaining to be processed.  However, FBI anticipates that the final number of responsive pages will be smaller since the potentially responsive documents include an unknown number of duplicates as well as documents which FBI may discover, during processing, are not, in fact,

responsive. As reported in the last joint status report, FBI made its first interim release on June 29, 2018. Since that time, FBI has processed at least 500 pages per month. As of the date of this filing, FBI has processed approximately 2,587 pages, and has released approximately 726 pages in full or in part. FBI proposes that it continue to process approximately 500 pages per month, with the next release of responsive nonexempt documents, or notification of applicable withholdings, to be made on or before November 30, 2018.

## ODNI

ODNI completed its processing of responsive documents on November 9, 2018. In total, ODNI identified seven records responsive to Plaintiffs' request. ODNI released in part five records, consisting of 36 pages, to Plaintiffs, and withheld two records, consisting of 14 pages, from Plaintiffs under applicable FOIA exemptions.

## DHS-HQ

In the last joint status report, DHS-HQ reported that it re-reviewed Plaintiffs' FOIA request and determined that an additional search may locate responsive documents. That search has been completed and DHS-HQ has located approximately 1,600 pages of potentially responsive documents. At that time, DHS-HQ proposed that it process the documents at a rate of 250 pages per month and anticipated that it would make an interim release on or before October 15, 2018. However, DHS-HQ has advised the undersigned Assistant United States Attorney that it was unable to make the anticipated interim release by October 15, 2018. Specifically, DHS-HQ has advised that there has been significant turnover in DHS HQ's FOIA office since September. The FOIA litigation lead position has been held by three different persons since September. In addition, other employees in the DHS HQ FOIA office with litigation responsibilities have left that office. As a result of this turnover and the ensuing confusion it has caused, information that

the agency had agreed to produce 250 pages by October 15 did not get recorded in the case notes for this litigation and the records consequently did not get processed. DHS HQ now anticipates that the interim release will be made on or before December 15, 2018.

Plaintiffs believe that DHS-HQ should be required to remedy its failure to make a production in October by either processing 500 pages per month during the next production period, or else increasing the monthly rate to 300 pages. Although the Court did not issue an order adopting the parties' production schedule, Plaintiffs believe the agency should be held to the production schedule agreed upon by the parties.

### DHS-I&A

In the last joint status report, DHS-I&A proposed that it process the remaining potentially responsive records at the rate of 250 pages per month and that it provide the Court with an estimate of the total number of potentially responsive pages in this joint status report. In October, DHS-I&A processed approximately 250 pages. DHS-I&A estimates that there are approximately 320 potentially responsive records (totaling approximately 3,860 pages). However, DHS-I&A notes that as it continues processing these potentially responsive records, it may learn that some are not, in fact, responsive.

[Remainder of page intentionally left blank.]

In light of the foregoing, the parties respectfully request that they be permitted to file a further joint status report on or before January 30, 2019.

Dated: November 14, 2018

        Respectfully submitted,

        JESSIE K. LIU, D.C. Bar # 472845
        United States Attorney

        DANIEL F. VAN HORN, D.C. Bar # 924092
        Chief, Civil Division

By: */s/ Melanie D. Hendry*
        Melanie D. Hendry
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2510
        melanie.hendry2@usdoj.gov

*Counsel for Defendants*

*/s/ Jeffrey L. Light*
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiffs*