**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PROPERTY OF THE PEOPLE and RYAN NOAH SHAPIRO, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, DEPARTMENT OF HOMELAND SECURITY, and OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 17-2503 (TFH) ) ) ) ) ) ) ) ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's November 28, 2018 Order, Plaintiffs Property of the People and Ryan Noah Shapiro (collectively, the "Plaintiffs") and Defendants Department of Justice, Department of Homeland Security ("DHS"), and Office of the Director of National Intelligence ("ODNI") (collectively, the "Defendants"), by and through undersigned counsel, respectfully submit this joint status report to update the Court concerning the status of the processing of Plaintiffs' Freedom of Information Act ("FOIA") requests that are the subject of this action.

Due to the lapse in appropriations and recent restoration of funding and resumption of operations, Defendants are not currently able to provide a thorough status update and proposed schedule.  However, the undersigned Assistant United States Attorney and agency counsel for the multiple Defendant agencies are working diligently to obtain the necessary information to confer with Plaintiff's counsel and prepare a comprehensive status report and proposed schedule.

In light of the foregoing, the parties respectfully request that they be permitted to file a further joint status report on or before February 20, 2019.

Dated:  January 30, 2019

                        Respectfully submitted,

                        JESSIE K. LIU, D.C. Bar # 472845
                        United States Attorney

                        DANIEL F. VAN HORN, D.C. Bar # 924092
                        Chief, Civil Division

By: */s/ Melanie D. Hendry*
     Melanie D. Hendry
     Assistant United States Attorney
     555 Fourth Street, N.W.
     Washington, D.C. 20530
     (202) 252-2510
     melanie.hendry2@usdoj.gov

*Counsel for Defendants*

*/s/ Jeffrey L. Light*
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiffs*